**THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO**

IN RE:

MELANIE LEIGH BREWSTER
KEVIN DAVID BREWSTER
                Debtor(s)

) CHAPTER 13
) CASE NO: 09-54708
)
) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
)
) TRUSTEE'S MOTION TO DISMISS
) AS 341 FIRST MEETING OF
) CREDITORS CANNOT BE
) CONCLUDED

---

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

    Now comes Keith L. Rucinski, the Chapter 13 Trustee, and moves this Court for an order dismissing the above mentioned Chapter 13 plan for the reasons stated herein.

    On **10/15/2009**, the above named Debtor(s) filed a petition for relief under Chapter 13 of the bankruptcy code.

    The original date for the First Meeting of Creditors was **12/03/09**, and has been adjourned several times because the Debtor(s) and attorney for the Debtor(s) have failed to supply the Trustee with certain required information. The Debtor(s) and attorney for the Debtor(s) were instructed to provide the following information to the Trustee.

| | | | |
|---|---|---|---|
| _____ | Tax Returns | _____ | Proof of auto insurance |
| _____ | Financial Statements | _____ | Proof of homeowners insurance |
| _____ | Chapter 13 Payment | ___x____ | See Below for issues regarding Chapter 13 Plan |
| _____ | Pay stubs | | |

> **NEED AMENDED SCHEDULE C**
> **NEED AMENDED SCHDULE D - NEED TO LIST CORRECT AMOUNTS OWED**
> **NEED TO REMOVE MEDICAL BILLS FROM SCHEDULE E**
> **NEED AMENDED PLAN TO LIST PERCENTAGE TO UNSECURED CREDITORS**

     WHEREFORE, the Chapter 13 Trustee hereby moves this Court for an order of dismissal of the above Chapter 13 case for all the reasons stated herein.

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

| | |
|---|---|
| **MELANIE LEIGH BREWSTER** | **KEVIN DAVID BREWSTER** |
| **4333 ELMHURST** | **1738 STATE RT 303 #95** |
| **STOW, OH 44224** | **STREETSBORO, OH 44241** |
| **(Via Regular Mail)** | **(Via Regular Mail)** |

**ROBERT M WHITTINGTON** (via ECF)

Keith L. Rucinski, Chapter 13 Trustee (via ECF)

Office of the US Trustee (via ECF)

Date of Service: **4/13/2010** By: **Tammy Rowe**
                                             Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com