IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO: 09-54708 |
| ) | Chapter 13 |
| Kevin David Brewster | |
| ) | |
| Melanie Leigh Brewster | |
| ) | |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| ) | |
| | AMENDMENT TO CHAPTER 13 PLAN |

    Now come the above-captioned debtors, by and through the undersigned counsel, who hereby amend their chapter 13 plan to provide therein that general unsecured creditors shall not received a fixed percentage of their claims, but instead shall receive the maximum dividend that the chapter 13 trustee is able to pay to each such creditor based on those payments that the debtors previously have been ordered to pay to the chapter 13 trustee within five (5) years from the date of the confirmation of the plan.

    Respectfully Submitted,

/s/ Robert M. Whittington, Jr.
_____

Robert M. Whittington, Jr. 0007851
Elk, Elk & Whittington
159 S. Main St.
Akron, OH 44308
Voice (330) 384 8484
Fax (330) 384 8953
E-mail elkwhitt@neo.rr.com

### VERIFICATION

    We, Kevin David Brewster and Melanie Leigh Brewster, are the debtors herein and we each do solemnly state under penalty of perjury that we have read the foregoiong and the same is true, complete and correct to the best of our knowledge, information and belief.

/s/ Kevin David Brewster

_____

Kevin David Brewster


/s/ Melanie Leigh Brewster

_____

Melanie Leigh Brewster


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing amendment to chapter 13 plan was sent by electronic ECF notification this __29__ day of __April__, 2010 to the U.S. Trustee and by ordinary U.S. Mail, postage prepaid, to those parties whose names and complete addresses appear on the attached mailing matrix.

/s/ Robert M. Whittington, Jr.


## NOTICE OF HEARING ON CONFIRMATION OF PLAN

```
A hearing on confirmation of the debtors' chapter 13 plan,
asmodified above, shall be held on June 24, 2010 at 2:00 p.m.
in room 260, Federal Building, 2 S. Main St., Akron, OH 44308.
Any objections to confirmation of the plan must be filed in
writing with the Clerk of the Bankruptcy Court, 455 Federal
Bldg., 2 S. Main St., Akron, OH 44308 no later than five (5)
days prior to this hearing and served upon the debtor's counsel
and the chapter 13 trustee.
```

Label Matrix for local noticing
0647-5
Case 09-54708-mss
Northern District of Ohio
Akron
Thu Apr 29 11:34:11 EDT 2010

American Home Mortgage Servicing, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019-4913

US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308-1813

CITIFINANCIAL AUTO CORPORATION
P.O. BOX 182287
COLUMBUS OH-43218-2287

AHMSI, Inc.
PO Box 631730
Irving, TX 75063-0002

AMERICAN HOME MORTGAGE SERVICING, INC.
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019-4913

Akron Children's Hosp
PO Box 1750
Akron, OH 44309-1750

Akron Children's Hosp.
Akron, OH 44309

CHASE AUTO FINANCE
AZ1-1191
201 N CENTRAL AVE
PHOENIX AZ 85004-0073

CHMCA Physicians
326 Locust St., Ste. 200
Akron, OH 44302-1812

CitiFinancial Auto Corporation
PO Box 9578
Coppell, TX 75019-9513

Cuy Falls Gen Hosp
PO Box 715030
Columbus, OH 43271-5030

D.O.E.S.
PO Box 1075
Cuyahoga Falls, OH 44223-0075

Dominion East Ohio
PO Box 26785
Richmond, VA 23261-6785

Falls Anesthesia Grp Inc
PO Box 232
Ravenna, OH 44266-0232

Falls Emergency
PO Box 608
Cuyahoga Falls, OH 44222-0608

First Federal Credit (Summa)
24700 Chagrin Blvd., Ste. 205
Cleveland, OH 44122-5662

Fiscal Office Summit Cty
175 S. Main St., Ste. 320
Akron, OH 44308-1310

Geico
One Geico Center
Macon, GA 2196-0001

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, LLC
PO BOX 953185
ST LOUIS, MO 63195-3185

John A. Donofrio, Fiscal Officer
c/o Regina M. VanVorous
220 South Balch Street Suite 118
Akron, OH 44302-1638

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Levy & Assoc.
4645 Executive Dr.
Columbus, OH 43220-3601

NE OH Eye Surgeons
2013 St. Rte. 59
Kent, OH 44240-4113

Premier Medical
PO Box 609
Cuyahoga Falls, OH 44222-0609

(p)REAL TIME RESOLUTIONS INC
PO BOX 36655
DALLAS TX 75235-1655

Robinson Mem Hosp
PO Box 71-4433
Columbus, OH 43271-4433

Spectrum Orthopaedics
2605 Tuscarawas St., W.,Ste.300
Canton, OH 44708

Summa
PO Box 3540
Akron, OH 44309-3540

Summa Health System
Cuyahoga Falls General Hospital
Patient Accounting
PO Box 2090
Akron, Ohio 44398-0001

Summa Health System
Patient Accounting
PO Box 2090
Akron, Ohio 44398-0001

United Collection Bureau (Summa)
7017 Pearl Rd., Ste. 206
Middleburg Hts., OH 44130-4974

Verizon Wireless
700 Cranberrywoods Dr.
Cranberry Twp., PA 16066-5213

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702-3397

Wells Fargo Bank, N.A.
c/o Stacey O'Stafy & Holly Wolf
P.O. Box 165028
Columbus OH 43216-5028

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308-1160

Kevin David Brewster
1738 State Rt. 303 #95
Streetsboro, OH 44241-5659

Melanie Leigh Brewster
4333 Elmhurst Dr
Stow, OH 44224-2752

Robert M Whittington Jr
159 S Main St
Key Bldg
#1023
Akron, OH 44308-1318

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Real Time Resolutions, Inc.
1750 Regal Row Suite 120
PO Box 36655
Dallas Texas 75235

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank N.A.

(u)Akron Children's Hosp.
(Address unknown/not stated)

(d)American Home Mortgage Servicing, Inc
1525 S. Beltline Road, Suite 100 N
Coppell, Texas 75019-4913

(u)JP Morgan Chase
(Address unknown/not stated)

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-7999

(u)Real Time Resolutions
(Address unknown/not stated)

(d)Summa
PO Box 3540
Akron, OH 44309-3540

End of Label Matrix
Mailable recipients    39
Bypassed recipients     7
Total                  46